**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

TRACY SHIRER,

        Plaintiff,

    v.

NAISMITH MEMORIAL BASKETBALL
HALL OF FAME, INC.,

        Defendant.

No. 3:25-cv-30162-MGM

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO AMEND
ITS AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Without conceding the merits or legal sufficiency of Defendant's affirmative defenses, and expressly reserving all rights to challenge those defenses, Plaintiff does not oppose Defendant's Motion for Leave to Amend its Affirmative Defenses to Plaintiff's Complaint (Dkt. No. 21).

Dated: July 13, 2026

Respectfully submitted,

Plaintiff Tracy Shirer,

By her attorneys,

*/s/ Harold Lichten*
Harold Lichten, BBO #549689
Trevor Byrne, BBO #712898
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
tbyrne@llrlaw.com

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 13, 2026, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

*/s/ Harold Lichten*
Harold Lichten